41106-00123-LBB
**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
BY:  Lawrence B. Berg, Esquire; NJ Attorney ID #:  022091987
15000 Midlantic Drive ◘ Suite 200
P.O. Box 5429
Mt. Laurel, NJ 08054
☎856-414-6000      🖷856-414-6077
✉ lbberg@mdwcg.com
Attorney for Defendant(s), Defendants, Rainbow Pediatrics, P.C.,  Jeffrey Flick, D.O., Thomas Dierkes, D.O., William Freund, D.O., Ajit Mathur, M.D., and James Petrucci, D.O.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
*(Camden Vicinage)*

| | |
|---|---|
| TERESA MCGRATH, D.O. <br><br> Plaintiff(s), <br><br> vs. <br><br> RAINBOW PEDIATRICS, P.C., JEFFREY FLICK, D.O., THOMAS DIERKES, D.O., WILLIAM FREUND, D.O., AJIT MATHUR, M.D., JAMES PETRUCCI, D.O., XYZ BUSINESS ENTITIES (1-10) AND JOHN DOE INDIVIDUALS (10-20) jointly, severally and in ther alternative, <br><br> Defendant(s). | C.A. NO.: |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:

    Office of the Clerk
    United States District Court for the District of New Jersey
    Mitchell H. Cohen U.S. Courthouse
    1 John F. Gerry Plaza
    4th & Cooper Streets
    Camden, NJ   08101

WITH NOTICE TO:

Michelle M. Smith, Esq., Clerk
SUPERIOR COURT OF NEW JERSEY
Richard J. Hughes Justice Complex
25 W. Market Street, 6th Floor, North Wing
Trenton, NJ   08611

Clerk, Civil Part – Law Division
CAPE MAY COUNTY SUPERIOR COURT
9 N. Main Street
Cape May Court House, NJ 08210

Kyle Weinberg, Esquire
BLANEY & KARAVAN, P.C.
2123 Dune Dr., Suite 11
Avalon, NJ  08202
Attorney for Plaintiff

**PLEASE TAKE NOTICE** that a Notice of Removal by Defendants, Rainbow Pediatrics, P.C.,  Jeffrey Flick, D.O., Thomas Dierkes, D.O., William Freund, D.O., Ajit Mathur, M.D., and James Petrucci, D.O., of this action from the Superior Court of New Jersey, Law Division, Cape May County, Docket No. CPM-L-000516-18, to the United States District Court for the District of New Jersey (a copy of the Notice of Removal is attached hereto) was filed on February 4, 2019, in the United States District Court for the District of New Jersey, Camden Vicinage.

                                          MARSHALL, DENNEHEY, WARNER,
                                              COLEMAN & GOGGIN

By: */s/ Lawrence Berg*
LAWRENCE BERG, ESQUIRE
Attorney for Defendants,
Defendants, Rainbow Pediatrics, P.C.,
Jeffrey Flick, D.O., Thomas Dierkes, D.O.,
William Freund, D.O., Ajit Mathur, M.D.,
and James Petrucci, D.O.

Dated:  2-4-19