41106-00123-LBB
**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
BY:  Lawrence B. Berg, Esquire; NJ Attorney ID #:  022091987
15000 Midlantic Drive ◘ Suite 200
P.O. Box 5429
Mt. Laurel, NJ 08054
☎856-414-6000       📠856-414-6077
✉ lbberg@mdwcg.com
Attorney for Defendant(s), Defendants, Rainbow Pediatrics, P.C.,  Jeffrey Flick, D.O., Thomas Dierkes, D.O., William Freund, D.O., Ajit Mathur, M.D., and James Petrucci, D.O.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
*(Camden Vicinage)*

| | |
|---|---|
| TERESA MCGRATH, D.O.<br><br>        Plaintiff(s),<br><br>**vs.**<br><br>RAINBOW PEDIATRICS, P.C., JEFFREY FLICK, D.O., THOMAS DIERKES, D.O., WILLIAM FREUND, D.O., AJIT MATHUR, M.D., JAMES PETRUCCI, D.O., XYZ BUSINESS ENTITIES (1-10) AND JOHN DOE INDIVIDUALS (10-20) jointly, severally and in their alternative,<br><br>        Defendant(s). | C.A. NO.: |

**NOTICE OF REMOVAL**

The Defendants, Rainbow Pediatrics, P.C.,  Jeffrey Flick, D.O., Thomas Dierkes, D.O., William Freund, D.O., Ajit Mathur, M.D., and James Petrucci, D.O. hereby give notice to the Court, pursuant to 28 U.S.C.§1446(b), of the removal of this action which has been pending in the Superior Court of New Jersey, Law Division, Cap May County under Docket No. CPM-L-

- 1 -

516-18 (the State Action). The removal to this Court, Camden Vicinage, is proper for the reasons set forth below:

1. The Plaintiff, Teresa McGrath, D.O. commenced an action against the Defendants arising out of activities relating to her employment with the Defendant, Rainbow Pediatrics, P.C.

2. Upon information and belief, Plaintiff filed her Complaint in the Superior Court of New Jersey, Law Division, Cape May County, on or about December 21, 2018.

3. Upon information and belief, Plaintiff effectuated service of the Complaint on the Defendants on or around January 9, 2019.

4. This Notice of Removal is being filed in accordance with 28 U.S.C. §1446(b).

5. The Plaintiff has brought causes of action based, in part, upon allegations of violations of Federal law pursuant to 29 U.S.C. 8.§206(d)(1), as set forth in Count VI of Plaintiff's Complaint.

6. This is a Civil Action over which the United States District Court has original jurisdiction pursuant to 28 U.S.C. §1331 (federal question jurisdiction).

7. This entire matter is one which may be removed to this Court by virtue of the provisions of 28 U.S.C. §1441(b) and in accordance with 28 U.S.C. §1446.

    a. Plaintiff seeks relief for claims based upon an allegation of violation of federal law, specifically the Equal Pay Act, 42 U.S.C.A.§206(d)(1);

    b. This Court has original jurisdiction over claims arising under the Constitution, laws and treaties of the United States pursuant to 29 U.S.C. §2602, *et seq.*; and

    c. The venue of this action is proper in this Court.

8. This court is one of proper venue pursuant to 29 U.S.C. §1132(a)(2) because the Plaintiff is a resident of the State of New Jersey and the Defendants are all residents of the State of New Jersey.

9. Written notice of the filing of this Petition for Removal has been given to Plaintiff in accordance with 28 U.S.C. §1446(d) promptly with the filing of the instant pleading in Federal Court.

10. This matter was originally filed in the Superior Court, Cape May County, bearing Docket No. CPM-L-516-18. The Plaintiff, Teresa McGrath, D.O., upon information and belief, is a resident of the State of New Jersey. The Defendant, Rainbow Pediatrics, P.C. is situated in Cape May County. Upon information and belief, the individual Defendants are residents of the State of New Jersey.

11. A copy of the Notice of Removal is being filed simultaneously with the Superior Court of New Jersey, Law Division, Cape May County in accordance with 28 U.S.C. §1446(d).

12. Pursuant to 28 U.S.C. §1446(b), this Notice of Removal is being filed within thirty (30) days after receipt of the Summons and Complaint by the moving parties.

13. Copies of all process, pleadings and Orders served upon the Defendants by the Plaintiff are attached to this Notice of Removal as Exhibit "A."

**WHEREFORE,** the Defendants, Rainbow Pediatrics, P.C., Jeffrey Flick, D.O., Thomas Dierkes, D.O., William Freund, D.O., Ajit Mathur, M.D., and James Petrucci, D.O., respectfully give notice to this Court of the removal of the State Action in the Superior Court of New Jersey,

Law Division, Cape May County, to the United States District Court for the District of New Jersey, Camden Vicinage.

                         **MARSHALL DENNEHEY**
                         **WARNER COLEMAN & GOGGIN**

By: */s/ Lawrence Berg*
         LAWRENCE BERG, ESQ.
         Attorney for Defendants,
         Rainbow Pediatrics, P.C., Jeffrey Flick, D.O.
         Thomas Dierkes, D.O., William Freund,
         D.O., Ajit Mathur, M.D., and James
         Petrucci, D.O.
         15000 Midlantic Drive ⬥ Suite 200
         P.O. Box 5429
         Mount Laurel, NJ  08054
         TEL:  (856) 414-6000
         FAX:  (856) 414-6077
         E-MAIL:  lbberg@mdwcg.com

DATE:  2-4-19