41106-00123-LBB
MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
BY: Lawrence B. Berg, Esquire; NJ Attorney ID #: 022091987
15000 Midlantic Drive ◙ Suite 200
P.O. Box 5429
Mt. Laurel, NJ 08054
☎856-414-6000        🖷856-414-6077
✉ lbberg@mdwcg.com
Attorney for Defendant(s), Defendants, Rainbow Pediatrics, P.C., Jeffrey Flick, D.O., Thomas Dierkes, D.O., William Freund, D.O., Ajit Mathur, M.D., and James Petrucci, D.O.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### (Camden Vicinage)

| | |
|---|---|
| TERESA MCGRATH, D.O.<br><br>        Plaintiff(s),<br><br>vs.<br><br>RAINBOW PEDIATRICS, P.C., JEFFREY FLICK, D.O., THOMAS DIERKES, D.O., WILLIAM FREUND, D.O., AJIT MATHUR, M.D., JAMES PETRUCCI, D.O., XYZ BUSINESS ENTITIES (1-10) AND JOHN DOE INDIVIDUALS (10-20) jointly, severally and in ther alternative,<br><br>        Defendant(s). | C.A. NO.: |

### CERTIFICATE OF FILING

The within *Notice of Filing and Notice of Removal* by Defendants, Rainbow Pediatrics, P.C., Jeffrey Flick, D.O., Thomas Dierkes, D.O., William Freund, D.O., Ajit Mathur, M.D., and James Petrucci, D.O. has been filed *via electronic filing* this date with the Clerk of the Court, United States District Court for the District of New Jersey, Camden Vicinage.

MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN

By: */s/ Lawrence Berg*
LAWRENCE BERG, ESQ.
Attorney for Defendants,
Rainbow Pediatrics, P.C., Jeffrey Flick, D.O.
Thomas Dierkes, D.O., William Freund,
D.O., Ajit Mathur, M.D., and James
Petrucci, D.O.
15000 Midlantic Drive ♦ Suite 200
P.O. Box 5429
Mount Laurel, NJ  08054
TEL:  (856) 414-6000
FAX:  (856) 414-6077
E-MAIL:  lbberg@mdwcg.com

DATE:  2-4-19

### *PROOF OF SERVICE*

On  February 4, 2019        , I, the undersigned, served the following parties via electronic filing and New Jersey Lawyers Service:

Michelle M. Smith, Esq., Clerk
SUPERIOR COURT OF NEW JERSEY
Richard J. Hughes Justice Complex
25 W. Market St., 6th floor North Wing
Trenton, NJ 08611

Clerk, Civil Part – Law Division
CAPE MAY COUNTY SUPERIOR COURT
9 N. Main Street
Cape May Court House, NJ 08210

Kyle Weinberg, Esquire
BLANEY & KARAVAN, P.C.
2123 Dune Dr., Suite 11
Avalon, NJ  08202
*Attorneys for Plaintiff*

- 2 -

LEGAL/120762359.v1

with the following document:

## NOTICE OF FILING AND NOTICE OF REMOVAL

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                    **MARSHALL DENNEHEY**
                    **WARNER COLEMAN & GOGGIN**

By: */s/ Lawrence Berg*
                    LAWRENCE BERG, ESQ.
                    Attorney for Defendants,
                    Rainbow Pediatrics, P.C., Jeffrey Flick, D.O.
                    Thomas Dierkes, D.O., William Freund,
                    D.O., Ajit Mathur, M.D., and James
                    Petrucci, D.O.
                    15000 Midlantic Drive ⬥ Suite 200
                    P.O. Box 5429
                    Mount Laurel, NJ  08054
                    TEL:  (856) 414-6000
                    FAX:  (856) 414-6077
                    E-MAIL:  lbberg@mdwcg.com

DATE:  2-4-19